(134 So. 916)

## Samuel ANDERSON v. STATE.
### 6 Div. 998.

Court of Appeals of Alabama.
May 5, 1931.

SAMFORD, J.
Affirmed.

(130 So. 918)

## Virchie ANDERSON v. STATE.
### 4 Div. 755.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.

(130 So. 918)

## J. T. ANDREWS v. STATE.
### 4 Div. 602.

Court of Appeals of Alabama.
Nov. 11, 1930.

BRICKEN, P. J.

Appeal dismissed.

(135 So. 920)

## Lee ARMSTEAD v. STATE.
### 8 Div. 398.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Affirmed.

(137 So. 916)

## B. C. ARMSTRONG v. STATE.
### 4 Div. 796.

Court of Appeals of Alabama.
Nov. 10, 1931.

SAMFORD, J.
Appeal dismissed.

(133 So. 922)

## Porter ARNETT v. STATE.
### 4 Div. 773.

Court of Appeals of Alabama.
March 23, 1931.

Harry Adams, of Enterprise, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.

(132 So. 909)

## William ASH v. STATE.
### 2 Div. 473.

Court of Appeals of Alabama.
March 24, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 909)

## Robert ASHBY v. STATE.
### 8 Div. 206.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.